# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | | |
|---|---|---|
| **NARIKA WILLIAMS,** | * | **CIVIL ACTION NO.** |
| **CLARENCE WILLIAMS, JR.,** | * | **3:20-cv-130-MPM-JMV** |
| **RAYNETTA WILLIAMS, BRICE** | * | |
| **THOMPSON, and ADRIANNA** | * | |
| **WILLIAMS, individually and as the** | * | **JUDGE: Michael P. Mills** |
| wrongful death beneficiaries of | * | |
| **CLARENCE REGINALD WILLIAMS,** | * | **MAGISTRATE JUDGE:** |
| deceased | * | **Jane M. Virden** |
| | * | |
| **VERSUS** | * | |
| | * | |
| **USAA CASUALTY INSURANCE** | * | |
| **COMPANY** | * | |

*********************************************************************************************

## ORDER

**IT IS ORDERED** that USAA Casualty Insurance Company is granted leave to take the trial perpetuation deposition of Jeremy Ramagos. Unresolved issues, if any, regarding portions of the deposition to be used at trial must be presented to the trial judge in accordance with the dictates of the final pretrial order [*see* Official Form No. 3, paragraphs 12 and 13].

So ordered this 16th day of September, 2021.

/s/ Jane M. Virden
UNITED STATES MAGISTRATE JUDGE